# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Charlie Jackson_____,

Inmate ID Number: S14168_____,
(*Write your full name and inmate ID
number.*)

**Case No.:** _3:23cv24733-MCR-HTC_
(*To be filled in by the Clerk's Office*)

**v.**

**Jury Trial Requested?**
☑ **YES** ☐ **NO**

English; Dixion; Dosek;
Michot; Gunns, et. al.
(*Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.*)

_____/

FILED USDC FLND PN
DEC 1 '23 AM11:24

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: <u>Charlie Jackson</u>          ID Number: <u>S14168</u>

List all other names by which you have been known: _____

_____

Current Institution: <u>Blackwater River Correctional Rehabilitation Facility</u>

Address: <u>5914 Jeff Ates Road</u>
<u>Milton, FL 32583</u>

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1.   Defendant's Name: <u>Dosek</u>

Official Position: <u>Lieutenant</u>

Employed at: <u>Blackwater River Correctional Rehabilitation Facility</u>

Mailing Address: <u>5914 Jeff Ates Road</u>
<u>Milton, FL 32583</u>

☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

2.      Defendant's Name: <u>Michot</u>

Official Position: <u>Sergeant</u>

Employed at: <u>Blackwater River Correctional Rehabilitation Facility</u>

Mailing Address: <u>5914 Jeff Ates Road</u>
                     <u>Milton, FL 32583</u>

☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

3.      Defendant's Name: <u>Gunns</u>

Official Position: <u>Sergeant</u>

Employed at:   <u>Blackwater River Correctional Rehabilitation Facility</u>

Mailing Address: <u>5914 Jeff Ates Road</u>
                     <u>Milton, FL 32583</u>

☑ Sued in Individual Capacity   ☑ Sued in Official Capacity

4.      Defendant's Name: <u>English</u>

Official Position: <u>Warden</u>

Employed at:   <u>Blackwater River Correctional Rehabilitation Facility</u>

Mailing Address: <u>5914 Jeff Ates Road</u>
                     <u>Milton, FL 32583</u>

☑ Sued in Individual Capacity   ☑ Sued in Official Capacity

5.   Defendant's Name: <u>Dixion</u>

Official Position: <u>Secretary</u>

Employed at:   <u>Blackwater River Correctional Rehabilitation Facility</u>

Mailing Address: <u>5914 Jeff Ates Road</u>
<u>Milton, FL 32583</u>

☑ Sued in Individual Capacity  ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation

of any rights, privileges, or immunities secured by the Constitution" and federal

law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of*

*Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation

of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)          ☑ State/Local Officials (*§ 1983 case*)

## III.  PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee                    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner          ☐ Convicted Federal Prisoner

☐ Immigration Detainee             ☐ Other (*explain below*):

_____

_____

## IV.  STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** showing why you are entitled to relief. Describe how ***each*** Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

1) At all relevant time, the Plaintiff was an inmate in Florida Department of Corrections and was housed at Blackwater River Correctional Rehabilitation Facility.

2) The Plaintiff, an exceptional model inmate having enrolled in rehabilitative programs, thereby was moved to a dormitory which housed enrolled inmates, and was assigned as a confinement orderly due to being in programs.

3) Then on October 15, 2023, Plaintiff was on his way to his a.m. confinement orderly assignment when Defendant Gunns accosted him at the center gate informing the Plaintiff he received information concerning inmate taking contraband to confinement.

4) Next, Sergeant Gunns searched the Plaintiff and asked him how was it being done in which the Plaintiff responded, "he didn't know" prompting Sergeant Gunns to place handcuffs on the Plaintiff and escorted him to the Captains office (O.I.C.).

5) At that juncture, Captain Sunday reviewed the Plaintiff's D.O.C. records and declared since the Plaintiff had no previous drug or violent offenses in his D.O.C. record he should be thereby released, let him go.

**Statement of Facts Continued** (*Page ____  of____*)

6) Forthwith, Defendant Gunns asked the Captain if he was hungry or thirsty to which the Captain declined. Gunns proceeded to remove the handcuffs off of the Plaintiff and ordered him to go to the canteen and buy three sour gummy worms and a coke for him.

7) Upon returning to the center gate from canteen with the items, the Plaintiff was instructed by Defendants Gunns and Michot to leave the items on the chair at the center gate and to submit to being searched again to which the Plaintiff complied, was searched, and sent to work in confinement.

8) Shortly thereafter, Plaintiff reported to work and Defendants Doscek and Michot approached him at work in the confinement's laundry room and asked the Plaintiff who was bringing drugs on the compound.

9) Plaintiff reiterated he had no knowledge at which time Michot forcefully snatched the chair from under the Plaintiff, throw him against the clothing rack, forcefully slapped and backhanded the Plaintiff knocking off his glasses and momentarily making him unconscious.

10) Sergeant Michot then forcefully punched the Plaintiff in the face while Lt. Doscek asked the Plaintiff how drugs were brought onto the compound and into confinement.

**Statement of Facts Continued** (*Page _____ of____*)

11) Plaintiff insisted he did not know which resulted in another punch into the Plaintiff's stomach by Defendant Michot and followed by another forceful blow into the Plaintiff's stomach now by Lt. Doscek.

12) Lt. Doscek then forcefully slapped the Plaintiff in the face demanding an answer from the Plaintiff when suddenly Defendant Michot stumbled upon a grievance on the bookshelf that was being drafted by the Plaintiff against Sergeant Gunns.

13) Lt. Doscek and Sergeant Michot then advised the Plaintiff that they were taking the grievance to Sergeant Gunns to see what he says about it and exited the confinement laundry room leaving the Plaintiff in fear of his life.

14) Upon returning, said Defendant Lt. Doscek, Sergeant Michot, and Sergeant Gunns aggressively approached and surrounded the Plaintiff in the confinement laundry room.

15) Plaintiff informed the Defendants that he was not retaliating so why were they abusing him. This prompted Sergeant Michot to repeatedly punching the Plaintiff in the face while screaming that Sergeant Gunns had a daughter to feed so why was he being written up.

**Statement of Facts Continued** (*Page* ____ *of*____)

16) Defendant Gunns then joined Sergeant Michot and began punching the Plaintiff in the face and stomach all the while the Plaintiff never posed any threat to himself and or to them nor did he resist their physical abuse but insisted he was not doing anything wrong.

17) Defendant Michot paused from exhaustion from assaulting the Plaintiff and stated the Plaintiff was a tough cookie.

18) Plaintiff stated again he didn't know anything while suddenly Sergeant Gunns forcefully struck the Plaintiff in his stomach with his fist and asked the Plaintiff did he still have a mom and dad alive at which the Plaintiff confirmed, yes.

19) Defendants Gunns and Michot then positioned the Plaintiff by the laundry cabinets and Michot repeatedly and forcefully slammed the Plaintiff into and with the doors of the cabinets into the Plaintiff's face and shoulders.

20) Defendant Gunns then told the Plaintiff he was gonna take a knife from an inmate and gut the side of his stomach, slit his throat and send him home to his momma and daddy in a body bag. This was followed by more forcefully punches to the stomach and face by Defendants Michot and Gunns.

**Statement of Facts Continued** (*Page ____   of____*)

21) Moments later, Sergeant Gunns and Michot instructed the Plaintiff to exit the confinement laundry room and that he was fired when suddenly Lt. Doscek stepped in between the Plaintiff and blocked his exit.

22) Lt. Doscek then stated to the Plaintiff that it was his turn now, instructing the Plaintiff to backup, hold his chin up, and prepare to be struck in the face.

23) Plaintiff in fear obeyed and Lt. Doscek forcefully struck the Plaintiff in the face knocking him unconscious for a short period of time.

24) Upon the Plaintiff regained consciousness, the Defendants Lt. Doscek, Michot, and Gunns instructed the Plaintiff to grab his things and exit confinement because his job is terminated.

25) The Plaintiff, upon exiting confinement, was then instructed and ordered to gather the rest of his belongings in the program incentive dorm, B-dorm, and move to the worst dorm on the compound, F-Dorm, even though disciplinary action, reports, were written against the Plaintiff.

26) Indeed, F-Dorm is where many murders, stabbings, fights, extortions, and violence are widespread, rampant..., hired hits on inmates are conducted by other officers. Notwithstanding, the foregoing Defendants moved the Plaintiff to F-Dorm.

**Statement of Facts Continued** (*Page* ____ *of* ____)

27) The Plaintiff, while moving to F-Dorm and at the center gate, observed Defendant Michot informing Sergeant Allen that he was about to kill an inmate in the course of almost breaking his hand in which Sergeant Allen asked who, and he replied that an inmate who used to be a confinement orderly while looking at the Plaintiff.

28) Shortly thereafter, the defendants accosted Plaintiffs assigned F-Dorm cell (F-1, 105 Up) and made threatening gestures at him for him to keep quiet. The Defendants have an extensive history of abuse against inmates well recorded on their records.

29) Furthermore, the Defendants accosted the Plaintiff's roommate and neighbors, who, like the Plaintiff, are African Muslims, showed them a knife they just got from an inmate, specifically Lt. Doscek, informing them that if they intervened there would be grave consequences.

30) That the foregoing Defendants did subject the Plaintiff to an unconstitutional condition of confinement in violation of the 1st, 8th, and 14th Amendments of the United States, which did, in fact, injure, damage, harm, abuse and victimize the Plaintiff as follows, but not limited to:

  A. Borderline high blood pressure!!!

  B. Busted and swollen lip, eyes, face, and head!!!

**Statement of Facts Continued** (*Page* ____ *of* ____)

C. Stomach and neck injuries!!!

D. Prolonged and severe defect urinating!!!

E. Prolonged and severe headaches!!!

F. Prolonged and severe mental and emotional stress!!!

G. Being moved from a safe dorm to unsafe dorm away from a rehabilitative program environment, fear of complaining, fear for life, prolonged anxiety!!!

H. Prolonged and severe weakened immune system!!!

I. Prolonged and severe worsened eye vision!!!

J. Prolonged and severe inability to eat!!!

K. Prolonged and severe coughing of blood!!!

L. Among other injuries that could have and/or caused death

31) It should be made known that the events set out herein are not limited to isolated events but wide-spread custom, practice, and policy of the Defendants and FDOC to subject Plaintiff and other inmates to cruel and unusual punishment and abuses in violation of the 1st, 8th, and 14th Amendments. These facts were on full display on national news which featured Blackwater River Correctional Facility as one of the most violent prison in the state of Florida where violent abuses of inmates and the covering up are the same. The

**Statement of Claims Continued** (*Page ___ of ___*)

Defendants above contribute toward this problem with their unprofessional actions/omissions.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) The actions of Defendants Doscek, Michot, and Gunns in slamming, kicking, punching…, Plaintiff for no lawful reason were done maliciously, wrongfully, and sadistically constitutes cruel and unusual punishment in violation of the 8th Amendment.

2) The actions of the foregoing Defendants in slamming, kicking, punching…, Plaintiff and termination of an educational/vocational program dorm while moving him to another dorm in a worse environment after Defendants learned that the Plaintiff was reporting their abuse on him was done maliciously and wantonly constituting retaliation in violation of the 1st Amendment.

3) The actions of Defendants English and Dixon and omissions in implementing policy, customs, and practice where inmates are being subjected to ~~above~~ Plaintiff and abuse

were done maliciously, wantonly, and sadistically constitutes deprivation of the 1st and 8th Amendments.

## VI.  RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

1) Declaratory judgment declaring that the abuse and cruel punishment of Plaintiff violates the 1st and 8th Amendment;

   **Statement of Claims Continued** *(Page ____ of ___)*

2) Awards compensatory damages jointly and severely in the amount established by settle precedents against all Defendants;

3) Award punitive damages established by settle precedent jointly and severally against all Defendants;

4) Move Plaintiff back to assigned program dorm, B-2 where he is still currently enrolled on the roster.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not*

*exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

□ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: <u>N/A</u>          Case #: <u>N/A/</u>

   Court: <u>N/A</u>

   Reason: <u>N/A</u>

2. Date: <u>N/A</u>          Case #: <u>N/A</u>

   Court: <u>N/A</u>

   Reason: <u>N/A</u>

3. Date: <u>N/A</u>          Case #: <u>N/A</u>

   Court: <u>N/A</u>

   Reason: <u>N/A</u>

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

□ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:                    Parties: <u>N/A</u>

   Court:                        Judge: <u>N/A</u>

   Date Filed:              Dismissal Date (*if not pending*): <u>N/A</u>

   Reason: <u>N/A</u>
2. Case #:                    Parties: <u>N/A</u>

   Court: <u>N/A</u>

   Date Filed:              Dismissal Date (*if not pending*) <u>N/A</u>

   Reason:  <u>N/A</u>

_____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?

☑ YES   ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: <u>2003-CF-3148</u>  Parties: <u>*Charlie Jackson v. State of Florida*</u>

   Court: <u>Manatee County Court</u>     Judge: <u>Marc Gilner</u>

   Date Filed: <u>Unsure</u>   Dismissal Date (*if not pending*): <u>Unsure</u>

   Reason: <u>Counseling was not ineffective</u>

2. Case #: <u>2017-CF-3148</u>    Parties: <u>*Charlie Jackson v. State of Florida*</u>

Court: <u>Lee County Court</u>        Judge: <u>Nicholas Thompson</u>

Date Filed: <u>unsure</u>    Dismissal Date (*if not pending*): <u>Still pending</u>

Reason:  <u>N/A</u>

3. Case #: <u>N/A</u>     Parties: <u>N/A</u>

Court: <u>N/A</u>          Judge: <u>N/A</u>

Date Filed: <u>N/A/</u>    Dismissal Date (*if not pending*): <u>N/A</u>

Reason: <u>N/A</u>

4. Case #: <u>N/A</u>     Parties: <u>N/A</u>

Court: <u>N/A</u>            Judge: <u>N/A</u>

Date Filed: <u>N/A</u>    Dismissal Date (*if not pending*): <u>N/A/</u>

Reason: <u>N/A</u>

5. Case #: <u>N/A</u>     Parties: <u>N/A</u>

Court: <u>N/A</u>            Judge: <u>N/A</u>

Date Filed: <u>N/A</u>    Dismissal Date (*if not pending*): <u>N/A/</u>

Reason: <u>N/A</u>

6. Case #: <u>N/A</u>     Parties: <u>N/A</u>

Court: <u>N/A</u>            Judge: <u>N/A</u>

Date Filed: <u>N/A</u>    Dismissal Date (*if not pending*): <u>N/A/</u>

Reason: <u>N/A</u>

*(Attach additional pages as necessary to list all cases.)*

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 11/28/23 ___ Plaintiff's Signature: _____

Printed Name of Plaintiff:  Charlie Jackson

Correctional Institution: Blackwater River Correctional Rehabilitation Facilty

Address:   5914 Jeff Ates Road

           Milton, FL 32583

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 20th day of November, 2023.**

Signature of Incarcerated Plaintiff: _____

Legal Mail
Provided to
Blackwater River Correctional
and Rehabilitation Facility
on 11/28/23 for mailing. _____
Initials

Charlie Jackson   DC#S-99168
Blackwater River Correctional Institution
5914 Jeff ates Road
Milton Florida 32583



quadient
FIRST-CLASS MAIL
IMI
$002.07 ⁰
11/29/2023 ZIP 32583
043M31220432
US POSTAGE

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
FLORIDA

1 NORTH PALAFOX
STREET PENSACOLA FLORIDA
32502

THIS MAIL
ORIGINATED FROM A
CORRECTIONAL FACILITY

LEGAL MAIL

THIS MAIL
ORIGINATED FROM A
CORRECTIONAL FACILITY

DEC 0 1 2023

Legal Mail
Provided to
Blackwater River Correctional
and Rehabilitation Facility
on _____ for mailing. _____
Initials